496    APPELLATE COURTS OF ILLINOIS.

Latta v. Granite Live Stock Ins. Co. et al., 202 Ill. App. 496.

## Will H. Latta, Appellant, v. Granite Live Stock Insurance Company and Lillian Levy, Appellees.

### (Not to be reported in full.)

Appeal from the Circuit Court of McLean county; the Hon. COLOS-TIN D. MYERS and Hon. SAIN WELTY, Judges, presiding. Heard in this court at the April term, 1916. Affirmed. Opinion filed October 13, 1916. *Certiorari* denied by Supreme Court (making opinion final).

### Statement of the Case.

Bill in chancery by Will H. Latta, complainant, against the Granite Live Stock Insurance Company and Lillian Levy, defendants, to require the defendant corporation to pay a note given by the complainant to the individual defendant. Both defendants answered the bill and the individual defendant filed a cross-bill praying that the complainant be required to pay the note. From a decree dismissing the bill and granting the relief prayed in the cross-bill, complainant appeals.

RAYBURN & BUCK, for appellant.

DEMANGE, GILLESPIE & DEMANGE and FIFER & BOHRER, for appellees.

MR. JUSTICE GRAVES delivered the opinion of the court.

### Abstract of the Decision.

BILLS AND NOTES, § 50*—*when note is based upon sufficient consid-*eration.* On a bill to compel a corporation to pay a note given by complainant, a stockholder of defendant corporation, to an individual defendant, the wife of an officer of the corporation, in alleged consideration that he resign and of settlement of a claim of the husband against the corporation, evidence *held* sufficient to sustain findings that the note was complainant's own obligation and that it was based upon sufficient consideration.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.